44 So.2d 37

### James MOODY v. STATE.
### 6 Div. 866.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault to ravish.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

44 So.2d 37

### Charles Wesley MOORE v. STATE.
### 6 Div. 870.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

47 So.2d 924

### James MOORE v. STATE.
### 6 Div. 919.

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Forgery, second degree.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

44 So.2d 919

### Walter MORELAND v. STATE.
### 8 Div. 832.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

49 So.2d 926

### James MORGAN v. STATE.
### 6 Div. 101.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Affirmed.

51 So.2d 915

### Charles R. MORGAN v. STATE.
### 6 Div. 118.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Affirmed.

46 So.2d 864

### Wilton MORRIS v. STATE.
### 6 Div. 948.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.